EAGLE MANUFACTURING Co., INC., Respondent, *v.*
ARKELL & DOUGLAS, INC., Appellant.

*Sale — action to recover purchase price of goods — defenses that plaintiff
was a foreign corporation and had not complied with section 15 of
General Corporation Law and that plaintiff had failed to ship goods
in accordance with contract not sustained.*

*Eagle Manfg. Co.* v. *Arkell & Douglas, Inc.,* 197 App. Div. 788,
affirmed.

(Argued October 12, 1922; decided October 27, 1922.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered July 8, 1921, affirming a judgment in favor of
plaintiff, entered upon a verdict directed by the court.
The complaint alleged the sale and delivery of merchandise
to defendant between October 7, 1920, and November
4, 1920, at the agreed price of $2,802.01. The answer
denied the allegations of sale and delivery and for a
first and separate defense alleged that the plaintiff was
a foreign corporation doing business in this state which
had failed to comply with the provisions of section 15
of the General Corporation Law. For a second separate
defense the answer alleged that the merchandise in suit
was purchased on or about the 10th of March, 1920,
pursuant to three orders marked Exhibits " A, " " B "
and " C," respectively, providing for the delivery of the
goods mentioned in Exhibit " C " in May and of the
remainder in July or August; that plaintiff failed to make
delivery at the time fixed; that on August fourth plaintiff
agreed to ship said goods as soon as freight conditions
permitted, those in Exhibit " C " to be shipped first
and the others soon thereafter, and that on September
twenty-ninth, relying upon such promise, defendant
extended the time of shipment of the goods, but that the
plaintiff failed to ship the goods in the manner agreed
upon and by reason thereof the defendant refused to
accept delivery. The Appellate Division held that the
separate defenses were not sustained by the facts proved.

*Emil Weitzner* and *David Steckler* for appellant.
*Ludwig M. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

SUNRISE STORAGE AND WAREHOUSE CORPORATION, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — automobile truck struck by train at crossing — failure to warn of approach of train.*

*Sunrise Storage & Warehouse Corporation* v. *N. Y. Central R. R. Co.,* 196 App. Div. 945, affirmed.

(Argued October 12, 1922; decided October 27, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damages to personal property alleged to have been occasioned through the negligence of the defendant. Plaintiff's automobile truck was struck by one of defendant's trains at the Bedford road crossing over the tracks of the Harlem railroad in the village of Pleasantville. It was alleged that the train could not be seen by the chauffeur until it was within 100 feet of the crossing and that warning of its approach was not given.

*John F. Brennan* for appellant.

*Edwin S. Merrill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.

---

JOSEPH HUNTLEY, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.

*Negligence — railroads — injury to driver of wagon struck by trolley car.*

*Huntley* v. *Dry Dock, East Broadway & Battery R. R. Co.,* 194 App. Div. 968, affirmed.

(Argued October 13, 1922; decided October 27, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,